| | |
|---|---|
| Charles M. Lizza | Marc D. Youngelson, Esq. |
| William C. Baton | COSNER YOUNGELSON |
| Sarah A. Sullivan | 197 Route 18 South, Suite 104 |
| SAUL EWING ARNSTEIN & LEHR LLP | East Brunswick, NJ 08816 |
| One Riverfront Plaza, Suite 1520 | Phone: (732) 937-8000 |
| Newark, NJ 07102-5426 | Fax: (732) 937-5439 |
| (973) 286-6700 | marc@cosnerlaw.com |
| clizza@saul.com | |
| wbaton@saul.com | *Attorneys for Defendants* |
| | *Macleods Pharmaceuticals, Ltd. and* |
| *Attorneys for Plaintiffs* | *Macleods Pharma USA, Inc.* |
| *Janssen Pharmaceuticals, Inc., Janssen* | |
| *Pharmaceutica NV, and Janssen Research* | |
| *and Development, LLC* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, and JANSSEN RESEARCH AND DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MACLEODS PHARMACEUTICALS, LTD. and MACLEODS PHARMA USA, INC.,<br><br>Defendants. | Civil Action No. 21-2309 (RMB)(MJS)<br><br>(Filed Electronically) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS Civil Action No. 21-2309 has been brought by Plaintiffs Janssen Pharmaceuticals, Inc. ("JPI"), Janssen Pharmaceutica NV ("JNV"), and Janssen Research and Development, LLC ("JRD") (collectively, "Plaintiffs") against Defendants Macleods Pharmaceuticals, Ltd. and Macleods Pharma USA, Inc. (collectively, "Macleods") alleging infringement of United States Patent No. 10,617,668;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Macleods, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action is hereby dismissed on the following terms, which the Court considers proper:

1. All claims, defenses, and counterclaims between Plaintiffs and Macleods in the above-captioned action are dismissed in their entirety without prejudice.

2. Plaintiffs and Macleods shall bear their own attorneys' fees and costs.

SO STIPULATED:				Dated:  September 21, 2021

By:  s/ William C. Baton
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    (973) 286-6700
    clizza@saul.com
    wbaton@saul.com

    *Of Counsel:*

    Raymond N. Nimrod
    Colleen Tracy James
    Catherine T. Mattes
    QUINN EMANUEL
    URQUHART & SULLIVAN LLP
    51 Madison Avenue, 22nd Floor
    New York, NY 10010

    *Attorneys for Plaintiffs*
    *Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, and Janssen Research and Development, LLC*

By:  s/ Marc D. Youngelson
    Marc D. Youngelson, Esq.
    COSNER YOUNGELSON
    197 Route 18 South, Suite 104
    East Brunswick, NJ 08816
    Phone: (732) 937-8000
    Fax: (732) 937-5439
    marc@cosnerlaw.com

    *Of Counsel:*

    Steven J. Moore, Esq.
    James E. Nealon, Esq.
    WITHERS BERGMAN LLP
    1700 East Putnam Avenue
    Greenwich, CT 06830
    Phone: (203) 302-4100
    Fax: (203) 302-6611
    Steven.moore@withersworldwide.com
    James.nealon@withersworldwide.com

    *Attorneys for Defendants*
    *Macleods Pharmaceuticals, Ltd. and Macleods Pharma USA, Inc.*

SO ORDERED this 22nd day of September, 2021.

_____
Hon. Renee Marie Bumb, United States District Judge